**Albert Cada, appellee, v. James Sack, appellant. Gen. No. 25,548.**

Assumpsit to recover for work and material. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed November 30, 1920.

Walter True, for appellant; James S. Wight, of counsel. Edward J. Herdlicka, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Walter W. Alwart, appellee, v. Black & White Cab Company, appellant. Gen. No. 25,560.**

Action to recover for damage to an automobile caused by collision with another. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed November 30, 1920.

D'Ancona & Pflaum and Harry C. Grossman, for appellant; Harry C. Grossman, of counsel. John J. Priestley, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Gardiner Metal Company, appellee, v. American Steel Spring Company, appellant. Gen. No. 25,606.**

Attachment in aid of suit on a promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed November 30, 1920.

Hugh O'Neil, for appellant. H. T. Fletcher and Charles Hudson, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Standard Screen Company, appellee, v. William J. Reinhold et al., appellants. Gen. No. 25,615.**

Bill to foreclose a mechanic's lien. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded with directions. Opinion filed November 30, 1920. Rehearing denied December 13, 1920.

Charles M. Haft, for appellants. Joseph Rosenberg, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.